Anthony JOHNSON, Plaintiff–
Appellant,

v.

G. SINDY, in his individual capacity; R. Roderick, in his individual capacity; Dr. Jack Cunning, in his individual capacity, Defendants–Appellees.

No. 14–6786.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 20, 2014.

Anthony Johnson, Appellant Pro Se.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Johnson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*Johnson v. Sindy,* No. 8:14–cv–01188–DKC (D.Md. Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*